**Order entered August 19, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-22-00522-CV

**RHINO LININGS CORPORATION, Appellant**

**V.**

**2 X 2 PARTNERSHIP, LTD., Appellee**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-13009**

## ORDER

The reporter's record is currently due on September 4, 2022. Before the Court is the August 18, 2022 request of David Langford, former Official Court Reporter for the 44th Judicial District Court, for a sixty-day extension of time to file the reporter's record. We **GRANT** the request **to the extent** that we extend the deadline to **October 4, 2022**. *See* TEX. R. APP. P. 35.3(c) (extension of time to file reporter's record may not exceed thirty days in ordinary appeal).

/s/    KEN MOLBERG
        JUSTICE